UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Reginald P. Carelock
_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

**COMPLAINT**

-against-

VA Hospital and the Doctor involved Dr. Delgado, John Doe, John Doe, John Doe, John Doe, John Doe, John Doe

Jury Trial: ☑ Yes   ☐ No
(check one)

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

### I. Parties in this complaint:

A.  List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name Reginald P. Carelock
Street Address 410 Cathedral Parkway apt. 3B
County, City Manhattan, New York
State & Zip Code New York 10025
Telephone Number 1(646) 807-7152

B.  List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1   Name VA Hospital
Street Address 423 East 23rd Street
New York, NY 10001

*Rev. 05/2010*

County, City _____
State & Zip Code _____
Telephone Number _____

Defendant No. 2     Name _____
                    Street Address _____
                    County, City _____
                    State & Zip Code _____
                    Telephone Number _____

Defendant No. 3     Name _____
                    Street Address _____
                    County, City _____
                    State & Zip Code _____
                    Telephone Number _____

Defendant No. 4     Name _____
                    Street Address _____
                    County, City _____
                    State & Zip Code _____
                    Telephone Number _____

II.   **Basis for Jurisdiction:**

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.    What is the basis for federal court jurisdiction? *(check all that apply)*

      ☐ Federal Questions          ☐ Diversity of Citizenship

B.    If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? _____
      _____

C.    If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

      Plaintiff(s) state(s) of citizenship _____
      Defendant(s) state(s) of citizenship _____

III.  **Statement of Claim:**

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.

*Rev. 05/2010*

You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? VA Hospital 423 East 23rd Street, New York, NY 10001

B. What date and approximate time did the events giving rise to your claim(s) occur? _____

C. Facts:

**What happened to you?**
1. I had surgery on my left shoulder to shave the rotater cup. The doctor cut the nerve in my left arm causing me the have a second surgery on my left elbow to stop the pain and to stop my left arm from deteriating any further.

**Who did what?**
2. The VA Hospital gave me medication that they should not have, and my body was and is rejecting. I now have what is called Dystonia.

**Was anyone else involved?**
Many of the VA employees including my primary doctor Dr. Neil Shapiro knows of knew me before this happened to me.

**Who else saw what happened?**
My sister Robin J. Humble.

IV. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. For my left arm I have gone to physical therapy. For my Dystonia my primary doctor has sent me to the Bronx VA to see a specialist by the name of Dr. Ruth Walker.

*Rev. 05/2010*

**V.     Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. I want the court to see what the VA Hospital has done to me. They have alter my life 360 degrees, Yes I am also seeking monetary compensation because I can no longer take care of myself and I don't want to see this happen to someone else. I am seeking ~~$~~ $50,000,000.00

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 06 day of May, 2014

Signature of Plaintiff   Reginald P. Carebek

Mailing Address   410 Cathedral Parkway apt. 3B New York, NY 10025

Telephone Number   1(646) 807-7152

Fax Number (if you have one) _____

Note:   All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

**For Prisoners:**

I declare under penalty of perjury that on this _____ day of _____, 20__, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _____

Inmate Number _____

*Rev. 05/2010*

On Nov 28 2013 Thanksgiving eve me & my home attendant Jackie Wooten who accompanied me to the VA Hospital at 224 E 24 St and 1st Ave. I went to VA hospital for my left arm that I had injured that nite. I also notice I was low on med for my system which I usually get in the mail or go to VA in the Bronx to pick up refill. While at the VA on 23rd St. the Nurse had me take a seat and began to register me along with taking my vitals. I was than told to have a seat and await the Doctor. The doctor that had came down was a psychotris. by the name of Dr. Katherine Fichter ~~was prepared to me the reason why is I was in there system under metal health I than became avoid because I went there to seek medical treatment. Along with injuring the eye of being~~

Katherine Fichter And who's Supervisor is Capital Jack I became very Afraid when I learned they had my diagnosis in the Computer was a mental health ~~especially when~~ I come in for medical treatment Along with refilling my meds being I came for A medical emergency I should have been Able to see A medical doc not A pshycolo. There for I was mis disagnos once Again there is no record of me comming to the VA to see A pschoo being that All my needs Are due to medical conditions ~~problems~~. And this I feel they should be Aware off.

On Nov 28 2013 Thanks Giving Eve me and my home attendant I. Winters who acc ompied me to the VA hospital at 224 E 21 ST 1st Ave, at app oximently 8-9pm to see about my neck & left arm which I was in pain. I also was running out of my medication for my dystonia. The nurse registed me before I could explain about my left arm along with my refill my vitals